IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01593-RPM

SPRINGBOK SERVICES, INC.,

    Plaintiff,

v.

GAZELLE SOLUTIONS, INC. and
MERIDIAN ENTERPRISES CORPORATION,

    Defendants.

---

ORDER GRANTING AGREED MOTION TO ENTER JUDGMENT BY CONSENT

---

After review of the parties' Agreed Motion to Enter Judgment by Consent Against Gazelle and Dismissal of Action and the attached proposed judgment by consent, filed October 13, 2008 [16 and 17], it is

ORDERED that the Judgment by Consent Against Gazelle and Dismissal of Action is approved and entered. It is

FURTHER ORDERED that judgment shall enter in favor of plaintiff Springbok Services, Inc. and against defendant Gazelle Solutions, Inc. pursuant to the Judgment by Consent and the October 10, 2008 Settlement Agreement. It is

FURTHER ORDERED that all claims against defendant Meridian Enterprises Corporation are dismissed with prejudice pursuant to the October 10, 2008 Settlement Agreement. It is

FURTHER ORDERED that this civil action is dismissed.

DATED: October 14th, 2008

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge